# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY IVANITCH, | |
| Plaintiff, | NO. 3:18-CV-2423 |
| v. | (JUDGE CAPUTO) |
| ADELINA'S RESTAURANT, | (MAGISTRATE JUDGE SAPORITO) |
| Defendant. | |

## ORDER

**NOW**, this 7th day of February, 2019, upon review of the Report and Recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 6) for plain error or manifest injustice, and noting that Plaintiff has since filed an Amended Complaint (Doc. 7) in response to the Report and Recommendation, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 6) is **ADOPTED** and the Complaint (Doc. 1) is **DISMISSED**.

(2) The matter is **RECOMMITTED** to Magistrate Judge Saporito for further proceedings, including screening of the Amended Complaint.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge