# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY IVANITCH, | |
| Plaintiff, | NO. 3:18-CV-2423 |
| v. | (JUDGE CAPUTO) |
| ADELINA'S RESTAURANT, | (MAGISTRATE JUDGE SAPORITO) |
| Defendant. | |

## ORDER

**NOW**, this 9th day of April, 2019, upon review of the Report and Recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 9) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 9) is **ADOPTED**.

(2) The Amended Complaint (Doc. 7) is **DISMISSED with prejudice**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge